IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DRAVO CORPORATION,<br>DESCO CORPORATION, and<br>DESCO CORPORATION d/b/a<br>MARSHALLTOWN INSTRUMENTS, INC.,<br><br>　　　　Defendants, Third-Party Plaintiffs,<br>　　　　and Counterclaim Defendants.<br><br>vs.<br><br>BRUCKMAN RUBBER COMPANY<br><br>　　　　Third-Party Defendant, and<br><br>THE CITY OF HASTINGS, NEBRASKA,<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim Plaintiff. | 8:01CV500<br><br><br><br><br><br><br><br>AMENDED SCHEDULING ORDER |

IT IS ORDERED that a hearing on Third-Party Defendant Bruckman Rubber Company's motion to approve settlement, Filing No. 267, is rescheduled before the undersigned on **June 2, 2005, at 11:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Any party may participate by phone in this hearing by notifying chambers at least 24 hours before the hearing of their intention to do so and a phone number where they can be reached.

DATED this 25th day of May, 2005.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　　　United States District Judge