IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>DRAVO CORPORATION, DESCO, CORPORATION; and DESCO CORPORATION,<br>　　　　　　　　Defendants. | 8:01CV500<br><br>**FINAL ORDER** |

This matter is before the Court on an unopposed motion for settlement to Enter Consent Decree, Filing No. 301, and notice of lodging of proposed consent, Filing No. 298 and 298-1. The United States requests that this Court enter the proposed Consent Decree with Defendant Desco Corporation in accordance with Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for costs incurred and to be incurred related to Operable Unit ("OU") 01 of the Hastings Groundwater Contamination Superfund Site ("Site").

The Court has carefully reviewed the Consent Decree and the related documents. The Court finds the Consent Decree is fair, reasonable, and in accordance with the CERCLA requirements. In addition, the government asserts that no comments were received during the 30-day public comment period.

**THEREFORE, IT IS ORDERED THAT**:

1. The Consent Decree, Filing No. 298-1, is hereby entered as the Final Order in this case against Defendant Desco Corporation.

2. The Court will likewise sign the actual Consent Decree, Filing No. 298-1.

Dated this 5th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge